UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BEVERLY HILL et al,

    Plaintiff,

v.

CAHOKIA, et al,

    Defendants.                             No. 13-cv-917-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 27, 2015, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                BY:      /s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated:   June 1, 2015

Digitally signed by David R. Herndon
Date: 2015.06.01 15:47:19 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT